UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1705

RONALD JAMES MADERO,
Appellant

v.

OFFICER CHRISTINE LUFFEY, in her official capacity; MARY KAY GENTERT;
TARRA PROVIDENT; HOMELESS CAT MANAGEMENT TEAM; HUMANE
ANIMAL RESCUE; JAMIE WILSON; SARA ANDERSON; DONNA HUGHES;
JESSICA SERBIN; HALA NEUMAH; DEVON KLINGENSMITH;
SARAH SHIVELLY

(W.D. Pa. No. 2-19-cv-00700)

Present:  KRAUSE, ROTH, and AMBRO, Circuit Judges

Unopposed Motion by Appellant to Amend Not Precedential Opinion

Respectfully,
Clerk/kr

_____ORDER_____

The foregoing motion is GRANTED.  The Clerk is directed to file an amended opinion
replacing the word "affirm" with the word "vacate" in the first sentence of footnote 20 on
page 6.  The judgment and the remainder of the opinion will otherwise remain as
currently filed.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: October 24, 2024

kr/cc: All Counsel of Record